IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RYNAREN FERGUSON**     **PETITIONER**

v.     **No. 4:24CV54-SA-DAS**

**M.D.O.C.**     **RESPONDENT**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On June 14, 2024, the court entered an order requiring the petitioner to either pay the filing fee in this case – or to complete and return the enclosed form motion to proceed *in forma pauperis* and authorization for release of account information. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order by failing to complete and return the account authorization, and the deadline for compliance passed on July 14, 2024. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 12th day of February, 2025.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE